United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-03278-MJC
Lewis A Smith, Jr  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 28, 2025     Form ID: ntcnfhrg     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lewis A Smith, Jr, 145 Millway Street, Lehighton, PA 18235-2632 |
| 5676900 | + | CBNA/Wayfair MasterCard, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 28 2025 18:54:00 | American Express National Bank, c/o Zwicker & Asso, Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-1041, UNITED STATES 01810-0943 |
| 5676897 | + | Email/PDF: bncnotices@becket-lee.com | Jan 28 2025 19:09:47 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5683000 | + | Email/Text: bkfilings@zwickerpc.com | Jan 28 2025 18:54:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5676898 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 28 2025 18:54:00 | Barclay's Bank Delaware, PO Box 8803, Willmington, DE 19899-8803 |
| 5676899 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 28 2025 18:58:32 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5676901 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 19:09:38 | CitiCards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5676902 | + | Email/Text: mrdiscen@discover.com | Jan 28 2025 18:54:00 | Discover, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 5678160 | | Email/Text: mrdiscen@discover.com | Jan 28 2025 18:54:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5676903 | | Email/PDF: ebnotices@pnmac.com | Jan 28 2025 19:09:37 | Pennymac Loan Services, PO Box 514387, Ste. 200, Los Angeles, CA 90051-4387 |
| 5676904 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 18:57:56 | SYNCB/JCPenney DC, PO Box 71729, Philadelphia, PA 19176-1729 |
| 5676905 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 28 2025 19:09:49 | Wells Fargo, P.O. Box 393, Minneapolis, MN 55480-0393 |
| 5684534 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 28 2025 18:58:31 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

**Name** — **Email Address**

Brent J Lemon
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Jason M Rapa
on behalf of Debtor 1 Lewis A Smith  Jr jrapa@rapalegal.com, secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| | |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> | |
| In re:<br><br>Lewis A Smith Jr,<br>**Debtor 1** | Chapter     13<br><br>Case No.     5:24−bk−03278−MJC |

<div align="center">**Notice**</div>

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 4, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 11, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 28, 2025 |

ntcnfhrg (08/21)