UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| LEWIS A. SMITH, JR., | : | |
| Debtors. | : | Case No.: 5:24-03278 |

**CERTIFICATE OF NO RESPONSE**

I, JASON M. RAPA, ESQUIRE, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no response was filed or served on him with respect to the Notice dated April 15, 2025 of the filing of the Objection to Claim #4, Resurgent Receivables, LLC.

Date:  05/20/2025

/s/   Jason M. Rapa
Jason M. Rapa, Esquire
Attorney for Debtor
PA Attorney I.D. No. 89419
141 S. 1st Street
Lehighton, PA 18235
(610) 377-7730