# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LEWIS A. SMITH, JR., | : | Chapter 13 |
| Debtor. | : | Case No. 5:24-bk-03278-MJC |
| | : | Motion for Reconsideration |
| RESURGENT RECEIVABLES, LLC, | : | |
| Movant, | : | |
| v. | : | |
| LEWIS A. SMITH, JR., | : | |
| Respondent. | : | |

## **ORDER**

Upon consideration of Movant Resurgent Receivables, LLC's Motion for Reconsideration of the Court's Order sustaining Debtors' Objection to Proof of Claim No. 4 (DE # 37), it is hereby ORDERED that the Motion is GRANTED.