# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LEWIS A. SMITH, JR., | : | Chapter 13 |
| Debtor. | : | Case No. 5:24-bk-03278-MJC |
| | : | |

## ENTRY OF APPEARANCE

To the Clerk:

Kindly enter my appearance on behalf of Resurgent Receivables, LLC.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

*/s/ Andrew M. Schwartz*
ANDREW M. SCHWARTZ
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎ (320) 434-9664
🖷 (312) 334-3474 (fax)
✉ aschwartz@messerstrickler.com
Counsel for Resurgent Receivables, LLC

## CERTIFICATE OF SERVICE

I certify that on July 15, 2025, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service.

**MESSER STRICKLER BURNETTE, LTD.**

*/s/ Andrew M. Schwartz*
ANDREW M. SCHWARTZ
Counsel for Resurgent Receivables, LLC